# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1160
Lower Tribunal No. 18-31604
_____

**Bernardo de la Peña,**
Appellant,

vs.

**SC Mota Associates Limited Partnership,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Ayala Law, P.A., and Eduardo A. Maura and Luis F. Quesada, for appellant.

Slusher & Rosenblum, P.A., and Jonathan S. Glickman and Jeremy E. Slusher (West Palm Beach), for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed. See La Ley Sports Complex at City of Homestead, LLC v. City of Homestead, 255 So. 3d 468, 469 (Fla. 3d DCA 2018) ("In reviewing a final judgment rendered from a non-jury trial, the trial court's findings of fact are clothed with a presumption of correctness. Fito v. Attorney's Title Ins. Fund, Inc., 83 So. 3d 755, 757-58 (Fla. 3d DCA 2011). We apply a clear error standard to the findings of fact, and a finding will not be disturbed unless it is totally unsupported by competent and substantial evidence, it is clearly against the weight of the evidence, or it was induced by an erroneous view of the law. Id.; Holland v. Gross, 89 So. 2d 255, 258 (Fla. 1956).")